NICHOLAS D. YONANO, C.S.B. # 157277
DAVID L. HOBBS, C.S.B. # 225371
WARDA & YONANO, LLP
2350 W. Monte Vista Avenue
Turlock, CA 95382
Tel. (209) 667-1889
Fax. (209) 667-1809

Attorneys for Plaintiff
P2 CONSTRUCTION MANAGEMENT, INC.

FILED
APR 2 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for The Use and Benefit of: P2 CONSTRUCTION MANAGEMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MILLER/WATTS CONSTRUCTORS, INC., a California corporation; UPA CALIFORNIA, entity unknown; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; SURETY COMPANY OF THE PACIFIC, a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants, | Case No. 1:07-CV-01850-AWI-SMS<br><br>DISMISSAL AND ORDER FOR DISMISSAL PURSUANT TO FRCP §41 (a)(2) |

1  Wherefore, Use-plaintiff, P2 CONSTRUCTION MANAGEMENT, INC., has
2  entered into a settlement agreement with defendant LIBERTY MUTUAL INSURANCE
3  COMPANY, a Massachusetts corporation, a true and correct copy of which is attached
4  hereto as Exhibit "A" and incorporated herein. Wherefore the settlement agreement
5  contemplates a dismissal of the action for good and valuable consideration, Use-
6  plaintiff P2 CONSTRUCTION MANAGEMENT, INC. desires to dismiss its complaint,
7  and all causes of action contained therein with prejudice, as to all defendants, which
8  consist of LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,
9  MILLER/WATTS CONSTRUCTORS, INC, a California corporation; UPA
10 CALIFORNIA, entity unknown; ST. PAUL FIRE AND MARINE INSURANCE
11 COMPANY, a Minnesota corporation; and ; SURETY COMPANY OF THE PACIFIC, a
12 California corporation; with each party to bear its own costs and attorney fees.

Dated: March 6, 2009

WARDA & YONANO, LLP

By: _____
Nicholas D. Yonano
Attorneys for Plaintiff
P2 CONSTRUCTION MANAGEMENT, INC.

///
///
///
///
///
///

DISMISSAL AS AND ORDER FOR DISMISSAL

2

**ORDER**

WHEREFORE, AFTER CONSIDERING THE TERMS OF DISMISSAL AND FINDING THEM FAIR AND PROPER;

GOOD CAUSE APPEARING, AND ON TEIT IS HEREBY ORDERED, adjudged and decreed that defendants MILLER/WATTS CONSTRUCTORS, INC, UPA CALIFORNIA, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, SURETY COMPANY OF THE PACIFIC, be and hereby is dismissed from the above-referenced action with prejudice, with each party to bear its own costs and attorney's fees.

Dated: 4-2-09



Judge of the United States District Court

---

3

DISMISSAL AS AND ORDER FOR DISMISSAL